## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 0 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk R. Ahumada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-07-358** |
| **Miguel Reta-Torres** | § | |

## O R D E R

BE IT REMEMBERED on this ___10___ day of ___August___, 20_07_, the

Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of

the United States Magistrate Judge filed **May 10, 2007**, wherein the defendant **Miguel Reta-Torres** waived

appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the

taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate

judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by

defendant **Miguel Reta-Torres** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted.  The Court finds the Defendant **Miguel Reta-Torres guilty of the offense of alien,**

**having been previously convicted for illegal entry, did knowingly and willfully enter the United States**

**at a place other than a designated port of entry,  in violation of 8 U.S.C. § 1325.**

SIGNED this the ___10___ day of ___August___, 20_07_.

Hilda G. Tagle
United States District Judge